IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DONNY HERNANDEZ,**

    **Plaintiff,**

**v.**                                               **No. CIV-17-0127 SMV/LAM**

**ALLSTATE INSURANCE COMPANY,**

    **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES

At the Rule 16 scheduling conference held on March 8, 2017, the Court reviewed the attorneys' Amended Joint Status Report and Provisional Discovery Plan [*Doc. 14*], filed February 28, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**