IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONNY HERNANDEZ,

    Plaintiff,

vs.                                     No.    2:17-cv-00127-SMV-LAM

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Motion of the Defendant Allstate Insurance Company, for a Dismissal with Prejudice, of all claims that were set forth or which could have been set forth against Defendant Allstate Insurance Company and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims against Allstate Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

                                              THE HONORABLE STEPHAN M. VIDMAR
                                              MAGISTRATE JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone
Attorney for Allstate in the
Extra-Contractual Claim

<u>/s/Robert A. Skipworth 4-21-17</u>
Robert A. Skipworth
Attorney for Plaintiff

<u>/s/ Ann L. Keith 4-21-17</u>
Ann L. Keith
Attorney for Allstate in the
Contractual Claim